NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CANDICE V. KNIGHT,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3002

---

Petition for review of the Merit Systems Protection Board in case no. SF0752100263-I-1.

---

## ON MOTION

---

## ORDER

Upon consideration of the motion to reform the official caption to designate the Merit Systems Protection Board as the respondent,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above.

(2) The Board should calculate the due date for its brief from the date of filing of this order.

FOR THE COURT

**DEC 2 8 2010**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Candice Knight
     Lartease M. Tiffith, Esq.
     Michael Carney, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**DEC 2 8 2010**

**JAN HORBALY**
**CLERK**